IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| John N. Atkinson | ) | CA No. **7:09-3052-HFF-WMC** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | **ON DEFENDANT'S MOTION TO DISMISS** |
| Farrell Chevrolet | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court by way of Defendant's motion to dismiss the second count of Plaintiff's Complaint, which asserts a claim for violation of the South Carolina Human Affairs Law. Defendant contends that S.C. Code Ann. § 1-13-90(d)(8) (1976) prohibits the maintenance of such a claim when a claim for violation of Title VII is also asserted.

The Court agrees, and Plaintiff has consented to the relief sought in Defendant's motion.

## **RECOMMENDATION**

For the reasons stated above, the Court recommends that Defendant's motion to dismiss the Plaintiff's Second Cause of Action for violation of the South Carolina Human Affairs Law be granted.

s/William M. Catoe
United States Magistrate Judge

January 6, 2010
Greenville, South Carolina