# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| John Atkinson _____ | ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 7:09-3052-HFF |
| | ) |
| Farrell Chevrolet _____ | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)*                                                              recover from the
defendant *(name)*                                                              the amount of
                                                    dollars ($             ), which includes prejudgment
interest at the rate of             %, plus postjudgment interest at the rate of             %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
                    recover costs from the plaintiff *(name)*
.

■ other:    the Court adopts the Report and Recommendation granting Defendant's motion to dismiss Plaintiff' Second
Cause of Action for violation of the South Carolina Human Affairs Law.
.

This action was *(check one)*:

❏ tried by a jury with Judge                                                              presiding, and the jury has
rendered a verdict.

❏ tried by Judge                                                  without a jury and the above decision
was reached.

■
    decided by Judge                    Henry F. Floyd                    on a motion for   dismissal.
.

Date:    February 8, 2010                                *CLERK OF COURT*


                                        **s/Angela Lewis**

                                        *Signature of Clerk or Deputy Clerk*